UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP W. CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-1284 CAS |
| ) | |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order of this date and incorporated herein, and the Report and Recommendation of United States Magistrate Judge filed August 14, 2006,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner is **AFFIRMED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiff's claims for relief are **DISMISSED** with prejudice.

                                                                     /s/ Charles A. Shaw
                                                                     **CHARLES A. SHAW**
                                                                     **UNITED STATES DISTRICT JUDGE**

Dated this 31st day of August, 2006.